IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   11-po-00044-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAUL M. WOLFE,

    Defendant.

## ORDER RE: GOVERNMENT'S ORAL MOTION TO DISMISS INFORMATION

On oral motion of the Government, and for good cause shown, the three counts of the Information, 11-po-00044-GJR, filed on October 05, 2011 are **DISMISSED** with prejudice.

DATED:  December 14, 2011

                              BY THE COURT:

                              s/ Gudrun J. Rice

                              Gudrun J. Rice
                              United States Magistrate Judge